UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RILEY PATRICK LIVELY,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

### Sexual Exploitation of a Child

On or about April 10, 2009, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

**RILEY PATRICK LIVELY,**

used, persuaded, induced, and enticed a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct. Such visual depictions were produced using materials that had been shipped and transported in interstate and foreign commerce.

Specifically, the defendant performed oral sex on a minor boy, L.S., and produced approximately four (4) visual depictions of such conduct using materials that had been

-2-

manufactured outside the State of Michigan, including but not limited to a Seagate hard drive manufactured in Thailand.

18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 2256(2)(A)

                                        A TRUE BILL

                                        */s/ Mark L. Eggler*
                                        _____
                                        GRAND JURY FOREPERSON

PATRICK A. MILES, JR.
United States Attorney

*/s/ Tessa K. Hessmiller*
_____
TESSA K. HESSMILLER
Assistant United States Attorney